**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10390 |
| Plaintiff - Appellee, | D.C. No. 4:10-cr-01886-DCB |
| v. | MEMORANDUM* |
| FRANCISCO GOMEZ-VASQUEZ, | |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Jennifer G. Zipps, District Judge, Presiding

Submitted June 18, 2013**

Before:    TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

Francisco Gomez-Vasquez appeals from the district court's judgment

revoking supervised release and the 18-month sentence imposed upon revocation.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Gomez-Vasquez's counsel

has filed a brief stating that there are no grounds for relief, along with a motion to

---

\*        This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*        The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

withdraw as counsel of record.  Gomez-Vasquez has filed a pro se supplemental brief.  The government has filed a motion for summary affirmance.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**  The government's motion for summary affirmance is denied as moot.

**AFFIRMED.**